# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Israel Berrocal Jr.<br>Rosalie Berrocal<br>　　　　　Debtors | CHAPTER 13 |
| Quicken Loans Inc.<br>　　　　　Movant<br>vs.<br>Israel Berrocal Jr.<br>Rosalie Berrocal<br>　　　　　Debtors<br>William C. Miller Esq.<br>　　　　　Trustee | NO. 16-13264 AMC<br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this ____ day of _____, 2016 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and Section 1301 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 218 Otter Street, Bristol, PA 19007 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Israel Berrocal Jr.
218 Otter Street
Bristol, PA 19007

Rosalie Berrocal
218 Otter Street
Bristol, PA 19007

Brad J. Sadek Esq.
1315 Walnut Street (VIA ECF)
Suite 502
Philadelphia, PA 19107

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532