# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 16-13264-AMC

ISRAEL BERROCAL, JR.
ROSALIE BERROCAL
218 OTTER STREET

BRISTOL, PA 19007

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ISRAEL BERROCAL, JR.
    ROSALIE BERROCAL
    218 OTTER STREET

    BRISTOL, PA 19007

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                      /S/ William C. Miller

Date: 6/16/2017                                   _____

                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee