# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

Israel Berrocal, Jr.
Rosalie Berrocal

: Chapter 13
:
:
: Case No.: 16-13264 AMC
:

## PRAECIPE TO CHANGE DEBTOR'S ADDRESS

TO THE CLERK:

Kindly change the Debtor's address from 218 Otter Street Bristol, PA 19007 to: **629 Pine Street, Bristol, PA 19007**

Dated: February 19, 2018

/s/ Brad J. Sadek
Brad J. Sadek, Esquire
Counsel for Debtor