**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                        Chapter 13
ISRAEL BERROCAL, JR.
ROSALIE BERROCAL

                Debtor(s)                     Case No. 16-13264-ELF


## NOTICE OF COMPLETION OF PLAN PAYMENTS

William C. Miller, Standing Chapter 13 Trustee, files and serves this notice pursuant to Local Bankruptcy

Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee

payments under the confirmed Chapter 13 plan.


**Office of the Chapter 13 Trustee**


Date: 7/28/2021            By:     */s/ William C. Miller*
                                   William C. Miller, Esquire, Chapter 13 Trustee
                                   1234 Market St., Suite 1813
                                   Philadelphia, PA 19107
                                   (215) 627-1377 (Phone)
                                   (610) 627-6299 (Fax)