United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Israel Berrocal, Jr.  
Rosalie Berrocal  
    Debtors

Case No. 16-13264-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 03, 2021 | Form ID: 138OBJ | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Israel Berrocal, Jr., 629 Pine Street, Bristol, PA 19007-3727 |
| jdb | #+ | Rosalie Berrocal, 629 Pine Street, Bristol, PA 19007-3727 |
| 13723260 | + | BMC Primary Care Physicians, 501 Bath Road, Bristol, PA 19007-3101 |
| 13723265 | + | DeLuca Fuel Oil, Inc., 515 Wood Street, Bristol, PA 19007-5196 |
| 13723266 | | Edwin A Abrahamsen & Assoc., 120 N Keyser Avenue, Scranton, PA 18504-9701 |
| 13723269 | | IC System, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 13723271 | + | KML Law Group, Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13723272 | | Law Enforcement Systems LLC, 495 Express Lanes, P.O. Box 3032, Milwaukee, WI 53201-3032 |
| 13723274 | + | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 13729493 | + | Quicken Loans Inc, c/o ANDREW F GORNALL, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 13723278 | | RMS, P.O. Box 280431, East Hartford, CT 06128-0431 |
| 13723277 | + | Revenue Recovery Corp, 612 Gay St, Knoxville, TN 37902-1603 |
| 13723279 | + | Santander Consumer USA, P.O. Box 961245, Ft Worth, TX 76161-0244 |
| 13742962 | + | Santander Consumer USA INC, PO BOX 560284, Dallas, TX 75356-0284 |
| 13723280 | + | TD Bank USA, P.O. Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 03 2021 23:30:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 03 2021 23:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 03 2021 23:30:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13723258 | | Email/Text: legal@arsnational.com | Sep 03 2021 23:30:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 13772970 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 03 2021 23:40:26 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13763237 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 03 2021 23:29:56 | CACH, LLC, PO BOX 5980, DENVER, CO 80217-5980 |
| 13723264 | + | Email/Text: bankruptcynotices@cbecompanies.com | Sep 03 2021 23:30:00 | CBE Group, 1309 Technology Pkwy, Cedar Falls, IA 50613-6976 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Sep 03, 2021 | Form ID: 138OBJ | Total Noticed: 36

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 13723262 | + | Email/PDF: resurgentbknotifications@resurgent.com Sep 03 2021 23:30:02 | | Cach LLC, 4340 S Monaco, 2nd Floor, Denver, CO 80237-3485 |
| 13723263 | | Email/Text: bankruptcy@usecapital.com Sep 03 2021 23:31:00 | | Capital Accounts, P.O. Box 140065, Nashville, TN 37214-0065 |
| 13797514 | | Email/Text: G06041@att.com Sep 03 2021 23:30:00 | | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 13723267 | | Email/Text: jill@ffcc.com Sep 03 2021 23:30:00 | | First Federal Credit, 24700 Chagrin Blvd, Ste 2, Cleveland, OH 44122 |
| 13723270 | + | Email/Text: BKRMailOPS@weltman.com Sep 03 2021 23:30:00 | | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 13723273 | + | Email/Text: bankruptcydpt@mcmcg.com Sep 03 2021 23:30:00 | | Midland Funding, 2365 Northside Dr, Ste 30, San Diego, CA 92108-2709 |
| 13749283 | + | Email/Text: bankruptcydpt@mcmcg.com Sep 03 2021 23:30:00 | | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 13723275 | + | Email/Text: Bankruptcies@nragroup.com Sep 03 2021 23:31:00 | | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 13740030 | | Email/Text: bnc-quantum@quantum3group.com Sep 03 2021 23:30:00 | | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13723276 | + | Email/Text: bankruptcyteam@quickenloans.com Sep 03 2021 23:30:00 | | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 13732983 | + | Email/Text: bankruptcyteam@quickenloans.com Sep 03 2021 23:30:00 | | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 13797284 | + | Email/Text: bncmail@w-legal.com Sep 03 2021 23:30:00 | | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13723281 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 03 2021 23:30:00 | | Verizon, 500 Technology Dr, Ste 300, Weldon Spring, MO 63304-2225 |
| 13723282 | | Email/Text: BKRMailOps@weltman.com Sep 03 2021 23:30:00 | | Weltman, Weinberg & Reis Co., LPA, 325 Chestnut Street, Suite 501, Philadelphia, PA 19106-2605 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13723259 | ##+ | Atlantic Credit, PO Box 13386, Roanoke, VA 24033-3386 |
| 13723261 | ##+ | Bucks County Endocrinology, PC, St Mary Medical Building, 1205 Langhorne-Newtown Road, Ste 302, Langhorne, PA 19047-1222 |
| 13723268 | ##+ | First Step Group, LLC, P.O. Box 29225, Brooklyn Center, MN 55429-0225 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 03, 2021 | Form ID: 138OBJ | Total Noticed: 36 |

Date: Sep 05, 2021            Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor Quicken Loans Inc. agornall@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRAD J. SADEK | on behalf of Joint Debtor Rosalie Berrocal brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRAD J. SADEK | on behalf of Debtor Israel Berrocal  Jr. brad@sadeklaw.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Quicken Loans Inc. Josh.Goldman@padgettlawgroup.com  angelica.reyes@padgettlawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor Quicken Loans Inc. tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Israel Berrocal, Jr. and Rosalie Berrocal

        Debtor(s)

Case No: 16−13264−elf

Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/3/21