**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| Israel Berrocal | : | Chapter 13 |
| Rosalie Berrocal | : | Case No.: 16-13264 |
| Debtor(s) | : | |

### PRAECIPE TO CHANGE DEBTOR(S) ADDRESS

TO THE CLERK:

Kindly mark the above captioned Debtor's Physical/Mailing Address as follows:

3241 Hulmeville Road, Apt A3 Bensalem, Pa 19020

Dated:  September 13, 2021                                   */s/ Brad J. Sadek*

                                                                    Brad J. Sadek, Esquire
                                                                    Counsel for Debtor(s)